UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Diane Reilly,

                Platintiff(s),                              ORDER

        -against-

                                                            20 Civ. 701 (PKC)

ReliaStar Life Insurance Company, et al.,

                Defendant(s).

-------------------------------------------------------x

CASTEL, U.S.D.J.

Due to the COVID-19 situation, conferences with the Court in civil cases through April 17, 2020 will be held by teleconferencing. Conference is adjourned from March 23, 2020 to April 10, 2020 at 11:15 a.m.

No later than forty-eight hours before the conference, plaintiff's counsel shall:

(a) contact all defendant's counsel to provide defense counsel with call-in information;

(b) email the call-in information to castelnysdchambers@nysd.uscourts.gov; and

(c) for an initial pretrial conference, email a copy of the agreed upon Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York
         March 13, 2020