# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

**RANDI F. KNEPPER**
Direct Dial: (973) 565-2033
rknepper@mdmc-law.com

August 19, 2020

> Status conference is adjourned from September 9, 2020 to September 16, 2020 at 12:30 p.m.
> SO ORDERED.
> Dated: 8/19/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**VIA ECF**
Hon. P. Kevin Castel, U.S.D.J.
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   Diane Reilly v. ReliaStar Life Insurance Company, et al.
      Civil Action No.: 20-cv-701 (PKC)

Dear Judge Castel:

Our office represents Voya Financial, Inc. and ReliaStar Life Insurance Company (collectively, the "Defendants") in connection with the above named matter. We would appreciate Your Honor accepting this correspondence as a joint request that the status conference scheduled for September 9, 2020 at 11a.m. be adjourned.

The reason for the requested adjournment is this matter is scheduled for mediation on September 10, 2020, at 10 a.m. (July 23, 2020 entry to the docket). Counsel for the parties met with the mediator yesterday, and agreed, subject to Your Honor's agreement, that the status should be adjourned and only conducted in the event the mediation is unsuccessful. This is the first request to adjourn the status conference, and as indicated above, Andrew Davis, Esq., on behalf of Plaintiff Diane Reilly, consents to the request.

On behalf of the Defendants, we appreciate Your Honor accepting and considering this request.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Randi F. Knepper*

Randi F. Knepper

RFK:bk
4312704_1